STATE OF NEBRASKA, APPELLEE, V. JOHN F. McCARTHY,
APPELLANT.

STATE OF NEBRASKA, APPELLEE, V. JOSEPH McCARTHY,
APPELLANT.

233 N. W. 2d 782

Filed October 9, 1975. Nos. 40049, 40050.

Richard E. Gee, for appellants.

Paul L. Douglas, Attorney General, and Steven C. Smith, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, Mc-COWN, NEWTON, and CLINTON, JJ., and KUNS, Retired District Judge.

NEWTON, J.

These cases were argued together, present an identical issue, namely, whether sentences were excessive, and will be combined herein.

Defendants were convicted of breaking and entering and each received a sentence of 3 to 9 years. Examination of the records fails to disclose an abuse of discretion in either case. The appeals are frivolous and the judgments are affirmed.

See Rule 20 and State v. Orner, 192 Neb. 523, 222 N. W. 2d 819.

AFFIRMED.